**EXHIBIT "H"**

November 26, 2013

**VIA FEDERAL EXPRESS**
United One Transport Inc.
3601 Northwest 51st Street
Miami, Florida 33142

Att: Israel Ramos

    Re: New Son Yeng Produce, LLC

Dear Mr. Ramos:

    I am authorized, as attorney for New Son Yeng Produce, LLC ("New Son Yeng") to file this claim with United One Transport Inc. ("United") for damages of $29,371.26 with interest and other costs computed as follows:

| | | |
|---|---|---|
| Invoice value of the fresh Lychi (Exhibit "A") | | $34,560.00 |
| Less $6,484.74 for the proceeds of account sales | | |
|    Account sales shows $6,484.74 (Exhibit "B") | $ 6,484.74 | |
| Deduct 20% for handling and | 1,296.00 | |
| Net Recovery | | 5,188.74 |
| Deducting that from Exhibit "A", we arrive at | | $29,371.26 |

    The load in question included Mangos as appears from the straight bill of lading, Exhibit "D" and fresh Lychi as appears from Exhibit "E".

    The gist of the claim is that New Son Yeng arranged for a truck on or about May 24, 2013 to pick up a load of Mangos at McAllen, Texas and delivered to their place of business in Brooklyn, New York. The pick-up date was a Saturday. In addition, a call was made to have that truck pick up a load of eight (8) pallets of fresh Lychi from Amigos Produce, pursuant to the annexed bill of lading, Exhibit "E". The temperature instructions were given and the eight (8) pallets were picked up on Saturday.

It was then made known to the driver that the truck was overweight and he was instructed to return back to Amigos' warehouse, which was closed until May 27, 2013. No call was ever made or any contact by the driver made with New Son Yeng to advise them of this situation. The driver Ruiz, took it upon himself to wait for the weekend in order to go to Amigos' warehouse on or about May 27, 2013. Upon on arrival on May 31, 2013 two (2) days later than appropriate and pursuant to the directions of New Son Yeng, the inspection showed a check sum of 56%, which seriously impaired the quality of the Lychi and its marketability. The inspection certificate is annexed hereto as Exhibit "C".

We asked for the production of any written agreement or other writings between Genpro and New Son Yeng and United.

Our claim is made pursuant to the Carmack Amendment, 49 U.S.C. §14706(d), which governs the liability of motor carriers for loss or damage to goods transported in interstate commerce.

We establish our claim by showing delivery in good condition in McAllen, Texas, arriving in damaged condition and the amount of damages. Any effort to say that there was a quality problem with the fresh Lychi is without merit since it was retrieved from Amigos' warehouse, a cold storage facility and it is further the driver's responsibility to check the load to make sure there is nothing facially affecting its condition. He so indicated on Exhibit "E".

Very truly yours,

LEONARD KREINCES

LK/lc
Enc.

Z:\kreinces1\WORK\General\new son yeng\vs. UnitedOneTransport #13-101\UnitedOne.ltr.11.26.13.wpd